UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLEN HAMMLER,

    Plaintiff,

v.

SCOTT KERNAN, et al.,

    Defendants.

No. 2:19-cv-00468 CKD P

ORDER

Plaintiff, a prisoner at California State Prison-Corcoran, has filed an action for violation of civil rights action pursuant to 42 U.S.C. § 1983. In his complaint, plaintiff alleges that a correctional officer at Corcoran violated his civil rights. Corcoran State Prison is located in Kings County which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

/////

1

1     2. All future filings shall reference the new Fresno case number assigned and shall be

2 filed at:

3         United States District Court
        Eastern District of California

4         2500 Tulare Street
        Fresno, CA 93721

5 Dated: April 17, 2019

6                                     CAROLYN K. DELANEY
                                    UNITED STATES MAGISTRATE JUDGE

14 12/hamm0468.22.docx