| | |
|---|---|
| ALLEN HAMMLER, | Case No.: 1:19-cv-00497-DAD-SAB (PC) |
| Plaintiff, | ORDER STRIKING FIRST AMENDED COMPLAINT AS VIOLATION OF COURT'S MAY 8, 2019 ORDER, WITH LEAVE TO AMEND |
| v. | |
| SCOTT KERNAN, et.al., | (ECF No. 24) |
| Defendants. | THIRTY DAY DEADLINE |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Plaintiff Allen Hammler is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 5, 2019, an order issued finding that Plaintiff's complaint failed to state a cognizable claim. (ECF No. 18.) The screening order granted Plaintiff the opportunity to file an amended complaint and provided that the amended complaint was not to exceed twenty-five pages in length. (Id. at 5.) On June 12, 2019, and July 17, 2019, Plaintiff was granted a thirty day extension of time to file his amended complaint. (ECF Nos. 21, 23.) Plaintiff filed a first amended complaint on July 24, 2019. (ECF No. 24.)

Plaintiff's first amended complaint is 55 pages, including five pages of exhibits in excess of the 25- page limit established by the Court's screening order of May 5, 2019. (ECF No. 18.) Accordingly, Plaintiff's first amended complaint shall be stricken from the record, and Plaintiff may file a first

amended complaint that complies with the 25-page limit within thirty days from the date of service of this order.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's first amended complaint, filed on July 24, 2019 (ECF No. 24), is stricken from the record;

2. Within **thirty (30) days** from the date of service of this order, Plaintiff may file a first amended complaint, double space and size 12 Times New Roman or similar font, that does not exceed the 25-page limit; and

3. Failure to comply with this order will result in a recommendation to the district judge that this action be dismissed for failure to comply with a court order and for the reasons explained in the Court's May 5, 2019 screening order.

IT IS SO ORDERED.

Dated: __**August 5, 2019**__

UNITED STATES MAGISTRATE JUDGE