# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>        Plaintiff,<br><br>v.<br><br>SCOTT KERNAN, et.al.,<br><br>        Defendants. | Case No.: 1:19-cv-00497-DAD-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS, AND DIRECTING CLERK OF COURT TO SEND COURTESY COPIES OF SECOND AMENDED COMPLAINT AND FINDINGS AND RECOMMENDATIONS<br><br>[ECF No. 37] |

Plaintiff Allen Hammler is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion "for court order to enable Plaintiff to comply with court's order," filed December 20, 2019. Plaintiff contends that he has been denied legal services at California State Prison-Corcoran to allow him to file objections to the pending Findings and Recommendations. Plaintiff indicates that he is in need of a copy of his second amended complaint because he submitted the original to the Court. In the interest of justice, the Court will make a one-time exception and provide Plaintiff with a copy of the second amended complaint to review in drafting in objections to the pending Findings and Recommendations.

///

///

Based on Plaintiff's contentions and in the interest of justice, the Court will send Plaintiff courtesy copy of his second amended complaint (ECF No. 30), along with a copy of the Court's Findings and Recommendations issued on October 17, 2019 (ECF No. 32) and extend the deadline to file objections. However, Plaintiff is advised that the Clerk of Court does not ordinarily provide free copies of case documents to parties. The Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees. Nonetheless, the Court will make a one-time exception in this circumstance. Plaintiff is further advised that no further extensions of time will be granted absent extraordinary circumstances, not present here.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff a copy of the second amended complaint filed on October 3, 2019 (ECF No. 30) and a copy of the Findings and Recommendations filed on October 17, 2019 (ECF No. 32);

2. Plaintiff is granted thirty (30) days from the date of service of this order to file objections; and

3. No further extensions of time will be granted absent extraordinary circumstances, not present here.

IT IS SO ORDERED.

Dated: **December 23, 2019**

UNITED STATES MAGISTRATE JUDGE