# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER, | Case No.: 1:19-cv-00497-DAD-SAB (PC) |
| Plaintiff, | |
| v. | Appeal No. 20-15774 |
| SCOTT KERNAN, et.al., | ORDER REGARDING IN FORMA PAUPERIS STATUS ON APPEAL |
| Defendants. | (Doc. No. 47) |

On January 29, 2020, the Court dismissed the instant action filed by Plaintiff pursuant to 42 U.S.C. § 1983, for failure to state a cognizable claim for relief. (Doc. Nos. 40 41.) On March 2, 2020, Plaintiff filed a motion for reconsideration. (Doc. No. 42.) The Court denied Plaintiff's motion for reconsideration on April 2, 2020. (Doc. No. 43.) On April 23, 2020, Plaintiff filed a notice of appeal. (Doc. No. 44.)

On July 14, 2020, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal. 28 U.S.C. § 1915(a)(3). (Doc. No. 47.) The Court finds that this appeal is not taken in bad faith and is not frivolous. Accordingly, *in forma pauperis* status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

Dated:   **July 15, 2020**

UNITED STATES MAGISTRATE JUDGE

1